ONOFRIO CURRO, Respondent, *v.* NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.

*Curro* v. *N. Y., Ontario & Western Ry. Co.*, 162 App. Div. 926, 932, appeal dismissed.

(Argued December 5, 1917; decided December 21, 1917 )

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial; also appeal from an order of said court amending a prior order reversing the judgment of the Trial Term and dismissing the complaint so as to provide that the judgment of the Trial Term be reversed and a new trial granted. The action was brought to recover damages for personal injuries alleged to have been sustained by reason of the negligence of the defendant in striking and injuring plaintiff, a pedestrian, by its passenger train at the Tenth street crossing in the city of Oswego, while plaintiff was crossing defendant's railroad tracks at said point. The defense was a general denial of the defendant's negligence and an allegation of contributory negligence on the part of the plaintiff.

*P. W. Cullinan* for appellant.
*Avery S. Wright* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Hogan, Pound, McLaughlin and Crane, JJ.